### GUY W. BAILEY *v.* FRANK C. SAUNDERS.

February Term, 1916.

Present: MUNSON, C. J., WATSON, HASELTON, POWERS, and TAYLOR, JJ.

Opinion filed October 10, 1916.

*Principal and Agent—Authority of Agent—Ratification—Harmless Error—Agent for Foreign Principal.*

This case is governed by the decision in *Whalen v. Saunders*, ante, p. 393.

GENERAL ASSUMPSIT, with a count in special assumpsit to recover money paid to the defendant by the plaintiff, as the purchase price of certain shares of stock in the Improved Shuttle Company of Canada, Limited, a Canadian corporation. Plea, the general issue. Trial by court at the March Term, 1915, Chittenden County, *Slack*, J., presiding. Judgment for the plaintiff. The defendant excepted.

*Arch McGoun*, K. C., of the Bar of Montreal and *Sherman R. Moulton* for the defendant.

*Martin & Bailey* for the plaintiff.

TAYLOR, J. The money for the recovery of which this action is brought was paid to defendant for certain shares of stock of the Improved Shuttle Company of Canada, a corporation. The case was heard with *Whalen* v. *Saunders*, 90 Vt. 393, 98 Atl. 901, on a separate bill of exceptions, but the questions presented are the same in both cases. Defendant's exceptions are overruled for the reasons given in our opinion in that case.

*Judgment affirmed.*